UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRAYLINE BAKER                                                                                                              PLAINTIFF

v.                                       No. 5:21-CV-05013

OFFICER CHARLES BROCKMEYER;
DETECTIVE JOSHUA DUGGAN;
SERGEANT LUCAS HENSON;
DETECTIVE ED WILLIAMS; and
OFFICER CAMERON SKAGGS                                                                                          DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 56) from United States Magistrate Judge Christy Comstock. No objections have been filed and the deadline to file objections has passed. The Magistrate Judge recommends that the Court grant Defendants' motions (Doc. 30, 31) for summary judgment and dismiss this case with prejudice. The Magistrate Judge also recommends denying the summary judgment motion Plaintiff included in his response (Doc. 50). The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendants' motions for summary judgment (Doc. 30, 31) are GRANTED and this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 25th day of April, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE